UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Robin Liggon          : Chapter 13 Bankruptcy
                                   : Bankruptcy No. 18-12981-ref
         Debtor         : HEARING DATE: 4/4/19
                                   : at 9:30 a.m.

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

      Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C./Movant has filed a Motion to Modify a Plan Post-Confirmation and to Extend the Length of Plan from 36 to 60 Months.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an Attorney, you may wish to consult an Attorney.)**

      1.       If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your review on the Motion, then on or before 3/25/19 you or your attorney must do all of the following:

             a)      File an Answer explaining your position at:

                     United States Bankruptcy Court
                     Eastern District of Pennsylvania
                     The Madison Building
                     400 Washington Street
                     Reading, PA 19601

                     If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

             b)      Mail a copy to the Movant's Attorney:

                     Mendelsohn & Mendelsohn, P.C.
                     Attention: Brenna H. Mendelsohn, Esquire
                     637 Walnut Street
                     Reading, PA 19601
                     Telephone: (610) 374-8088
                     Facsimile: (610) 478-1260

2. If you or your attorney do not take the steps described in 1a) and 1b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A Hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling on Thursday, April 4, 2019 at 9:30 a.m. in Courtroom 1 of the Honorable Richard E. Fehling, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1b).

4. You may contact the Court directly at (610) 208-5040 to find out whether the Hearing has been cancelled because no one filed an Answer.

Dated: March 5, 2019                                /s/ Brenna H. Mendelsohn
                                                    BRENNA MENDELSOHN, ESQ.
                                                    Mendelsohn & Mendelsohn, P.C.
                                                    Attorney for Debtor