UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Case#   18-12981
    **Robin Liggon**

                                                            Date: 3/5/19

To: Atty. Mendelsohn

Re: (Amended)   Disclosure of Compensation

The above pleading was filed in this office on 3/5/19          Please be advised that the following document(s) filed contains a deficiency as set forth below:

(**XX**)   Document and Entry does not reflect "Amended"
           Please **REFILE** "Amended" Disclosure to correct error.

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **Denise_Lavariere@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

                                                    Timothy B. McGrath
                                                    Clerk of Court

                                                    *s/ Denise Lavariere*
                                                    By: Denise Lavariere
                                                    Deputy Clerk

CM-ECF 14 day notice.frm
4/10/03